UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **LARRY DONNELL KING,** | ) | NO. EDCV 09-1214-VAP(CT) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| **K. HARRINGTON, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

   Pursuant to the concurrently filed Memorandum and Order, IT IS HEREBY ADJUDGED THAT the petition is denied and dismissed.

DATED: June 30, 2009_

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE